**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DALE R. COX,**
**REGINA COX,**

          **Plaintiffs,**

-vs-                                                  **Case No.  6:05-cv-1210-Orl-18JGG**

**KRUEGER INTERNATIONAL, INC.,**

          **Defendant.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's Motion for Leave to Amend Affirmative Defenses (Doc. 17).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  Therefore, defendant's Motion for Leave to Amend Affirmative Defenses (Doc. 17) is **DENIED**.

It is **SO ORDERED** in Orlando, Florida, this 5th day of February, 2007.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record